*E-FILED - 4/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEU P. NGO, | No. C 10-4013 RMW (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

The court dismissed the petition for a writ of habeas corpus as moot and for failure to state a claim. Judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

DATED: 4/21/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Ngo013jud.wpd